**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

In re:                                        §
                                              §
Outdoor Lighting Perspective of Illinois, Inc.   §     Case No. 10-07359
                                              §
                    Debtor(s)                 §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $          $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 10-07359    BWB    Judge: Bruce W. Black |
| Case Name: | Outdoor Lighting Perspective of Illinois, Inc. |
| For Period Ending: | 05/21/2015 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 02/24/2010 (f) |
| 341(a) Meeting Date: | 09/21/2011 |
| Claims Bar Date: | 12/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Bank Account | 200.00 | 200.00 | | | FA |
| 2.  Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Accounts Receivable | 5,945.00 | 5,945.00 | | 0.00 | FA |
| 4.  Vehicle | 7,750.00 | 7,750.00 | | 2,500.00 | FA |
| 5.  Vehicle | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6.  Vehicle | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7.  Vehicle | 1,500.00 | 1,500.00 | | 1,000.00 | FA |
| 8.  Vehicle | 500.00 | 500.00 | | 0.00 | FA |
| 9.  Office Equipment Furnishings | 300.00 | 300.00 | | 0.00 | FA |
| 10.  Inventory | 500.00 | 500.00 | | 0.00 | FA |
| 11.  Other Misc Personal Property | 1.00 | 1.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $23,196.00          $23,196.00          $3,500.32          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Inherited case from M. Berland; Late filing penalties are being reviewed by IRS appeal board - Joji Takada 11/30/2014

Multiple telephone calls with IRS appeals board; Able to explain situation regarding lack of information from debtor caused delay in filing final tax returns on time; Tax officer understood and agreed to waive the late-filing penalties.

Follow up with Waller accountant re fee application in order to complete TFR - Joji Takada 3/7/2015

Received fee application from Waller accountant; Reviewing file and preparing TFR for filing. - Joji Takada 4/6/2015

TFR sent to UST for review. - Joji Takada 4/21/2015

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chase bank account |
| RE PROP # | 2 | -- | American Charted bank account--frozen |
| RE PROP # | 4 | -- | 2006 Ford E150 |
| RE PROP # | 5 | -- | 2002 Ford E150 |
| RE PROP # | 6 | -- | 1998 GMC Savanna |
| RE PROP # | 7 | -- | 1994 Chevy 30 Series box truck |
| RE PROP # | 8 | -- | 2000 Cargo trailer |
| RE PROP # | 9 | -- | Misc tables chairs desks |
| RE PROP # | 10 | -- | Transformers used floood lights path lights |
| RE PROP # | 11 | -- | Lease re 2008 Chevy Malibu |

Initial Projected Date of Final Report (TFR): 02/24/2016    Current Projected Date of Final Report (TFR): 02/24/2016

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee    **Exhibit B** |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX1565 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/21/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/10 | | HGP SERVICES INC 38 E Belmont Drive Romeoville, IL 60446-1765 | per court order of 05/28/2010 DEPOSIT CHECK #1002 | | $3,500.00 | | $3,500.00 |
| | | | Gross Receipts    $3,500.00 | | | | |
| | 4 | | Vehicle    $2,500.00 | 1129-000 | | | |
| | 7 | | Vehicle    $1,000.00 | 1129-000 | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.08 | | $3,500.08 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.10 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.12 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.14 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.16 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.18 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.20 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.22 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.24 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.26 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.28 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.30 |
| 08/01/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $6.71 | $3,493.59 |

Page Subtotals:    $3,500.30    $6.71

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 10-07359    Doc 54    Filed 05/21/15    Entered 05/21/15 12:10:20    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-07359                                                                        Trustee Name: Joji Takada, Chapter 7 Trustee     Exhibit B
Case Name: Outdoor Lighting Perspective of Illinois, Inc.                                Bank Name: The Bank of New York Mellon
                                                                                         Account Number/CD#: XXXXXX1565
                                                                                         Money Market Account
Taxpayer ID No: XX-XXX7817                                                               Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 05/21/2015                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | $0.02 | | $3,493.61 |
| 08/24/11 | | Transfer to Acct # xxxxxx1566 | Transfer to different account | 9999-000 | | $3,493.61 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $3,500.32 | $3,500.32 |
| Less: Bank Transfers/CD's | $0.00 | $3,493.61 |
| Subtotal | $3,500.32 | $6.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.32 | $6.71 |

Page Subtotals:                                                                 $0.02         $3,493.61

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Case 10-07359 Doc 54 Filed 05/21/15 Entered 05/21/15 12:10:20 Desc Main
FORM 2
Document Page 7 of 18
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-07359

Case Name: Outdoor Lighting Perspective of Illinois, Inc.

Taxpayer ID No: XX-XXX7817

For Period Ending: 05/21/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX1566

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/11 | | Transfer from Acct # xxxxxx1565 | Transfer to different account | 9999-000 | $3,493.61 | | $3,493.61 |
| 08/31/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,468.61 |
| 09/30/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,443.61 |
| 10/31/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,418.61 |
| 11/30/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,393.61 |
| 12/31/11 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,368.61 |
| 01/26/12 | | Transfer to Acct # xxxxxx3176 | Bank Funds Transfer | 9999-000 | | $3,368.61 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,493.61 | $3,493.61 |
| Less: Bank Transfers/CD's | $3,493.61 | $3,368.61 |
| Subtotal | $0.00 | $125.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $125.00 |

| Page Subtotals: | $3,493.61 | $3,493.61 |
|---|---|---|

Case 10-07359    Doc 54    Filed 05/21/15    Entered 05/21/15 12:10:20    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 8 of 18

Exhibit B

Case No: 10-07359

Case Name: Outdoor Lighting Perspective of Illinois, Inc.

Taxpayer ID No: XX-XXX7817

For Period Ending: 05/21/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9744

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8348 | Transfer of Funds | 9999-000 | $3,148.61 | | $3,148.61 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,138.61 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,128.61 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,148.61 | $20.00 |
| Less: Bank Transfers/CD's | $3,148.61 | $0.00 |
| Subtotal | $0.00 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $20.00 |

Page Subtotals:    $3,148.61    $20.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-07359

Case Name: Outdoor Lighting Perspective of Illinois, Inc.

Taxpayer ID No: XX-XXX7817

For Period Ending: 05/21/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX3176

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 |  | Transfer from Acct # xxxxxx1566 | Bank Funds Transfer | 9999-000 | $3,368.61 |  | $3,368.61 |
| 02/06/13 | 1001 | ESTATE OF OUTDOOR LIGHTING | Transfer form former trustee Monies was transferred from former trustee | 9999-000 |  | $3,368.61 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $3,368.61 | $3,368.61 |
| Less: Bank Transfers/CD's | $3,368.61 | $3,368.61 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $3,368.61   $3,368.61

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-07359

Case Name: Outdoor Lighting Perspective of Illinois, Inc.

Taxpayer ID No: XX-XXX7817

For Period Ending: 05/21/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX9777

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/13 | | WALLER, BRADLEY | Tranfer from  former trustee | 9999-000 | $3,368.61 | | $3,368.61 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,358.61 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,348.61 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,338.61 |
| 06/04/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,328.61 |
| 07/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,318.61 |
| 08/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,308.61 |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,298.61 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,288.61 |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,278.61 |
| 12/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,268.61 |
| 01/08/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,258.61 |
| 02/06/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,248.61 |
| 03/05/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,238.61 |

Page Subtotals:                    $3,368.61        $130.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-07359

Case Name: Outdoor Lighting Perspective of Illinois, Inc.

Taxpayer ID No: XX-XXX7817

For Period Ending: 05/21/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX9777

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,228.61 |
| 05/08/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,218.61 |
| 06/04/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,208.61 |
| 07/03/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,198.61 |
| 08/05/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,188.61 |
| 08/05/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $15.25 | $3,173.36 |
| 09/04/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,163.36 |
| 09/11/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300  Bethesda, MD 20817 | Bank service fee ADJUSTMENT ONLY FOR $10.00 THIS MONTH. ENTRY VOIDED | 2600-000 | | ($15.25) | $3,178.61 |
| 09/29/14 | 1001 | JOJI TAKADA TRUSTEE OF OUTDOOR LIGH | Transfer of al funds to successor Joji Takda was appointed succor trustee after Michael Berland reisigned trustee | 9999-000 | | $3,178.61 | $0.00 |

| | | | | COLUMN TOTALS | $3,368.61 | $3,368.61 | |
| | | | | Less: Bank Transfers/CD's | $3,368.61 | $3,178.61 | |
| | | | | Subtotal | $0.00 | $190.00 | |
| | | | | Less: Payments to Debtors | $0.00 | $0.00 | |
| | | | | Net | $0.00 | $190.00 | |

Page Subtotals:                    $0.00        $3,238.61

Case 10-07359  Doc 54  Filed 05/21/15 Entered 05/21/15 12:10:20  Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 12 of 18

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8348 |
| | Checking |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/21/2015 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/14 | | Estate of Outdoor Lighting Perspective of Illinois, Inc., 10 | Funds re Trustee Reassignment Bank balance from Michael Berland, former chapter 7 trustee | 9999-000 | $3,178.61 | | $3,178.61 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,168.61 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,158.61 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,148.61 |
| 01/26/15 | | Transfer to Acct # xxxxxx9744 | Transfer of Funds | 9999-000 | | $3,148.61 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,178.61 | $3,178.61 |
| Less: Bank Transfers/CD's | $3,178.61 | $3,148.61 |
| Subtotal | $0.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $30.00 |

| | | |
|---|---|---|
| Page Subtotals: | $3,178.61 | $3,178.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1565 - Money Market Account | $3,500.32 | $6.71 | $0.00 |
| XXXXXX1566 - Checking Account | $0.00 | $125.00 | $0.00 |
| XXXXXX3176 - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX8348 - Checking | $0.00 | $30.00 | $0.00 |
| XXXXXX9744 - Checking | $0.00 | $20.00 | $3,128.61 |
| XXXXXX9777 - Checking Account | $0.00 | $190.00 | $0.00 |
| | $3,500.32 | $371.71 | $3,128.61 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $3,500.32 | |
| Total Gross Receipts: | $3,500.32 | |

Page Subtotals:                    $0.00          $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 10-07359                                                                                              Date: May 21, 2015

Debtor Name: Outdoor Lighting Perspective of Illinois, Inc.

Claims Bar Date: 12/23/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $875.08 | $875.08 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $7.35 | $7.35 |
| 100 3310 | Digiovane, Hinlo, Jordan, and Johnson 2560 Foxfield Road Suite 300 St Charles, IL 60174 Attn: Lee Schwendner | Administrative | | $0.00 | $841.25 | $841.25 |
| 11 280 5800 | Department Of Treasury-Internal Revenue Service Po Box 7346 Philadelphia, Pa 19114 | Priority | | $0.00 | $10,526.23 | $10,526.23 |
| 1 300 7100 | Clipper Magazine 3708 Hempland Road P.O. Box 610 Mountville, Pa 17554 | Unsecured | | $11,000.00 | $7,673.14 | $7,673.14 |
| 2 300 7100 | B And B Manufacturing 429 Houston Street Nashville, Tn 37203 | Unsecured | | $28,000.00 | $38,340.04 | $38,340.04 |
| 3 300 7100 | Atlas Employment Services Inc. 9458 W Irving Park Road Schiller Park, Il 60176 | Unsecured | | $19,003.29 | $19,691.32 | $19,691.32 |
| 4 300 7100 | International Monetary Systems 16901 W Glendale Dr New Berlin, Wi 53151 | Unsecured | | $500.00 | $15,320.32 | $15,320.32 |
| 5 300 7100 | Paragon Business Services Inc 1310 N Green Street Route 539, Suite 14 Little Egg Harbor, Nj 08087 | Unsecured | | $26,000.00 | $26,603.94 | $26,603.94 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number:  10-07359                                                                                    Date: May 21, 2015

Debtor Name: Outdoor Lighting Perspective of Illinois, Inc.

Claims Bar Date: 12/23/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Mika Management Llc<br>John C Germanier<br>5120 Main Street Ste One<br>Downers Grove, Il 60515 | Unsecured | | $11,000.00 | $12,084.66 | $12,084.66 |
| 7<br>300<br>7100 | Tower Marketing<br>11028 Arbor Ridge Drive<br>Orland Park, Il 60467 | Unsecured | | $8,000.00 | $11,690.16 | $11,690.16 |
| 8<br>300<br>7100 | Fleetcor Technologies<br>555 E Airtex Dr<br>Houston, Tx 77073 | Unsecured | | $0.00 | $7,138.48 | $7,138.48 |
| 9<br>300<br>7100 | Clipper Magazine<br>3708 Hempland Road<br>P.O. Box 610<br>Mountville, Pa 17554 | Unsecured | Claim objection sustained | $11,000.00 | $7,673.14 | $0.00 |
| 10<br>300<br>7100 | Atlas Employment Services Inc.<br>9458 W Irving Park Road<br>Schiller Park, Il 60176 | Unsecured | Claim objection sustained | $19,003.29 | $19,691.32 | $0.00 |
| 11<br>300<br>7100 | Department Of Treasury-Internal<br>Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19114 | Unsecured | | $0.00 | $0.00 | $4,142.15 |
| | Case Totals | | | $133,506.58 | $178,156.43 | $154,934.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-07359
Case Name: Outdoor Lighting Perspective of Illinois, Inc.
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |
| Accountant for Trustee Fees: Digiovane, Hinlo, Jordan, and Johnson | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Department Of Treasury-Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Clipper Magazine | $ | $ | $ |
| 2 | B And B Manufacturing | $ | $ | $ |
| 3 | Atlas Employment Services Inc. | $ | $ | $ |
| 4 | International Monetary Systems | $ | $ | $ |
| 5 | Paragon Business Services Inc | $ | $ | $ |
| 6 | Mika Management Llc | $ | $ | $ |
| 7 | Tower Marketing | $ | $ | $ |
| 8 | Fleetcor Technologies | $ | $ | $ |
| 9 | Clipper Magazine | $ | $ | $ |
| 10 | Atlas Employment Services Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Department Of Treasury-Internal Revenue Service | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE