# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-07359 |
| Outdoor Lighting Perspective of Illinois, Inc. | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

\

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

> Date:     6/19/2015
> Time:     9:00 A.M.
> Location: Joliet City Hall
>           Second Floor
>           150 West Jefferson Street
>           Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 5/21/2015             By:   /s/ Joji Takada
                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Outdoor Lighting Perspective of Illinois, § Case No. 10-07359
Inc.
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,500.32 |
| and approved disbursements of | $ | 371.71 |
| leaving a balance on hand of[1] | $ | 3,128.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 794.65 | $ 0.00 | $ 794.65 |
| Trustee Expenses: Joji Takada | $ 7.35 | $ 0.00 | $ 7.35 |
| Accountant for Trustee Fees: Digiovane, Hinlo, Jordan, and Johnson | $ 841.25 | $ 0.00 | $ 841.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $   1,643.25 |
| Remaining Balance | $   1,485.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,526.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Department Of Treasury-Internal Revenue Service | $ 10,526.23 | $ 0.00 | $ 1,485.36 |
| | Total to be paid to priority creditors | | | $ 1,485.36 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 142,684.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Clipper Magazine | $ 7,673.14 | $ 0.00 | $ 0.00 |
| 2 | B And B Manufacturing | $ 38,340.04 | $ 0.00 | $ 0.00 |
| 3 | Atlas Employment Services Inc. | $ 19,691.32 | $ 0.00 | $ 0.00 |
| 4 | International Monetary Systems | $ 15,320.32 | $ 0.00 | $ 0.00 |
| 5 | Paragon Business Services Inc | $ 26,603.94 | $ 0.00 | $ 0.00 |
| 6 | Mika Management Llc | $ 12,084.66 | $ 0.00 | $ 0.00 |
| 7 | Tower Marketing | $ 11,690.16 | $ 0.00 | $ 0.00 |
| 8 | Fleetcor Technologies | $ 7,138.48 | $ 0.00 | $ 0.00 |
| 9 | Clipper Magazine | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Atlas Employment Services Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Department Of Treasury- Internal Revenue Service | $ 4,142.15 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                                  Case No. 10-07359-BWB
Outdoor Lighting Perspective of Illinois                                Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0752-1         User: mhenley               Page 1 of 2             Date Rcvd: May 22, 2015
                             Form ID: pdf006             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
db              +Outdoor Lighting Perspective of Illinois, Inc.,    1312 Marquette,    Romeoville, IL 60446-1179
15149426        +Alliance Staffing,    999 Remington Blvd # F,    Bolingbrook, IL 60440-4871
15149427        +American Chartered Bank,    932 W Randolph Street,    Chicago, IL 60607-2219
15149428        +Atlas Employment Services Inc.,    9458 W Irving Park Road,    Schiller Park, IL 60176-1936
15149429        +B and B Manufacturing,    429 Houston Street,    Nashville, TN 37203-4832
15149430        +BP/Citi,   PO Box 70887,    Charlotte, NC 28272-0887
15149431        +CBeyond,   13474 Collections Center Drive,    Chicago, IL 60693-0134
15149432         Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
15149433        +Cintas Corp,    P.O. Box 7759,   Romeoville, IL 60446-0759
15149434        +Clipper Magazine,    3708 Hempland Road,    P.O. Box 610,    Mountville, PA 17554-0610
15149435        +Derek V. Norwood,    12454 Thornberry Drive,    Lemont, IL 60439-4615
15149436        +Dex,   P.O. Box 660835,    Dallas, TX 75266-0835
15149437       #+Dick Norwood,    21111 Lilly Lake Court,    Crest Hill, IL 60403-0749
16481639        +Fleetcor Technologies,    555 E Airtex Dr,    Houston, TX 77073-6099
15149439        +Hensley & Associates,    900 Jorie Blvd # 10,    Oak Brook, IL 60523-3849
15149441         Home Depot,    P.O. Box 6031,   The Lakes, NV 88901-6031
15149442        +Humana Insurance,    P.O. Box 533,    Carol Stream, IL 60132-0533
15149444        +Illinois Tollway,    2700 Ogden Ave,    Downers Grove, IL 60515-1703
16135154        +International Monetary Systems,    16901 W Glendale Dr,    New Berlin, WI 53151-2723
15149445        +International Monetary Systems,    5350 Commerce Blvd # C,    Rohnert Park, CA 94928-1600
15149447        +JSD Management Inc.,    d/b/a James, Stevens & Daniels,    1283 College Park Drive,
                  Dover, DE 19904-8713
15149446        +John C. Germanier,    Attorney At Law,    5120 Main Street # 1,    Downers Grove, IL 60515-4673
15149449        +Liberty Mutual,    c/o McMahan & Sigunick Ltd.,    412 S Wells St - 6th Floor,
                  Chicago, IL 60607-3972
15149450         Mika Management,    P.O. Box 2192,    Darien, IL 60561
15149451        +Mika Management LLC,    P.O. Box 541,    Westmont, IL 60559-0541
16285977        +Mika Management LLC,    John C Germanier,    5120 Main Street Ste One,
                  Downers Grove, Il 60515-4656
15149452        +Milspec Industries,    7400 E Slauson Ave,    Los Angeles, CA 90040-3308
15149453        +Outdoor Living Brands Inc.,    2924 Emerywood Parkway # 100,    Richmond, VA 23294-3746
15149457        +PM Lighting,    1094 N Main,   Ashland City, TN 37015-1345
15149454        +Paragon Business Services Inc,    1310 N Green Street,    Route 539, Suite 14,
                  Little Egg Harbor, NJ 08087-9806
15149455        +Park Graphics,    13964 Doral Lane,    Homer Glen, IL 60491-5917
15149456        +Pekin Insurance,    2505 Court Street,    Pekin, IL 61558-0002
15149458        +Rain Marketing - Select Deck,    3501 N Southport # 203,    Chicago, IL 60657-1435
15149459        +Speedway Super America,    P.O. Box 740587,    Cincinnati, OH 45274-0587
15149461        +Tower Marketing,    11028 Arbor Ridge Drive,    Orland Park, IL 60467-8621
15149462        +Victor D. Quili,    P.O. Box 428,    River Grove, IL 60171-0428
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19818159        +E-mail/Text: cio.bncmail@irs.gov May 23 2015 00:37:39
                  Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
15149438         E-mail/Text: ally@ebn.phinsolutions.com May 23 2015 00:37:17     GMAC,    P.O. Box 130424,
                  Roseville, MN 55113-0004
15149440        +E-mail/Text: bankruptcy@water.com May 23 2015 00:38:00     Hinckley Springs,    P.O. Box 660579,
                  Dallas, TX 75266-0579
15149443        +E-mail/Text: HWIBankruptcy@hunterwarfield.com May 23 2015 00:38:14     Hunter Warfield,
                  3111 West MLK Blvd, 2nd Floor,    Tampa, FL 33607-6235
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15149448       ##+Juskie Printing,    115 E Chicago Avenue,    Westmont, IL 60559-1722
15149460       ##+Teller, Levit & Silvertrust, P.C.,    11 E Adams Street # 800,    Chicago, IL 60603-6324
15149463       ##+Waste Management,    1411 Opus Place # 400,    Downers Grove, IL 60515-1481
                                                                                              TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mhenley               Page 2 of 2               Date Rcvd: May 22, 2015
                              Form ID: pdf006             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
          James E Sturino    on behalf of Creditor   Mika Management, LLC jim@nordinsturino.com
          James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
          John A Reed    on behalf of Debtor   Outdoor Lighting Perspective of Illinois, Inc.
           barbf@thebankruptcylaw.com
          Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Joji   Takada    on behalf of Accountant Lee   Schwendner trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor   American Chartered Bank dolswang@hrolaw.com,
           rarredondo@hrolaw.com
                                                                                      TOTAL: 7
```