UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Outdoor Lighting Perspective of Illinois, § Case No. 10-07359
Inc. §
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,946.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,485.36 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 2,014.96 | |

3) Total gross receipts of $ 3,500.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,500.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,014.96 | 2,014.96 | 2,014.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 10,526.23 | 10,526.23 | 1,485.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 133,506.58 | 165,906.52 | 142,684.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 133,506.58 | $ 178,447.71 | $ 155,225.40 | $ 3,500.32 |

    4)  This case was originally filed under chapter 7 on  02/24/2010 .  The case was pending for 73 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  02/12/2016             By:/s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicle | 1129-000 | 2,500.00 |
| Vehicle | 1129-000 | 1,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.32 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,500.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 794.65 | 794.65 | 794.65 |
| Joji Takada | 2200-000 | NA | 7.35 | 7.35 | 7.35 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| Congressional Bank | 2600-000 | NA | 190.00 | 190.00 | 190.00 |
| The Bank of New York Mellon | 2600-000 | NA | 161.71 | 161.71 | 161.71 |
| Digiovane, Hinlo, Jordan, and Johnson | 3310-000 | NA | 841.25 | 841.25 | 841.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,014.96 | $ 2,014.96 | $ 2,014.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Department Of Treasury- Internal Revenue Service | 5800-000 | NA | 10,526.23 | 10,526.23 | 1,485.36 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 10,526.23 | $ 10,526.23 | $ 1,485.36 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Atlas Employment Services Inc. | 7100-000 | 19,003.29 | 19,691.32 | 0.00 | 0.00 |
| 3 | Atlas Employment Services Inc. | 7100-000 | 19,003.29 | 19,691.32 | 19,691.32 | 0.00 |
| 2 | B And B Manufacturing | 7100-000 | 28,000.00 | 38,340.04 | 38,340.04 | 0.00 |
| 1 | Clipper Magazine | 7100-000 | 11,000.00 | 7,673.14 | 7,673.14 | 0.00 |
| 9 | Clipper Magazine | 7100-000 | 11,000.00 | 7,673.14 | 0.00 | 0.00 |
| 11 | Department Of Treasury- Internal Revenue Service | 7100-000 | NA | 0.00 | 4,142.15 | 0.00 |
| 8 | Fleetcor Technologies | 7100-000 | NA | 7,138.48 | 7,138.48 | 0.00 |
| 4 | International Monetary Systems | 7100-000 | 500.00 | 15,320.32 | 15,320.32 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Mika Management Llc | 7100-000 | 11,000.00 | 12,084.66 | 12,084.66 | 0.00 |
| 5 | Paragon Business Services Inc | 7100-000 | 26,000.00 | 26,603.94 | 26,603.94 | 0.00 |
| 7 | Tower Marketing | 7100-000 | 8,000.00 | 11,690.16 | 11,690.16 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 133,506.58 | $ 165,906.52 | $ 142,684.21 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-07359 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Outdoor Lighting Perspective of Illinois, Inc. | | | | Date Filed (f) or Converted (c): | 02/24/2010 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2011 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 12/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account  Chase bank account | 200.00 | 200.00 | | 0.00 | FA |
| 2. Bank Account  American Charted bank account--frozen | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 5,945.00 | 5,945.00 | | 0.00 | FA |
| 4. Vehicle  2006 Ford E150 | 7,750.00 | 7,750.00 | | 2,500.00 | FA |
| 5. Vehicle  2002 Ford E150 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6. Vehicle  1998 GMC Savanna | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. Vehicle  1994 Chevy 30 Series box truck | 1,500.00 | 1,500.00 | | 1,000.00 | FA |
| 8. Vehicle  2000 Cargo trailer | 500.00 | 500.00 | | 0.00 | FA |
| 9. Office Equipment Furnishings  Misc tables chairs desks | 300.00 | 300.00 | | 0.00 | FA |
| 10. Inventory  Transformers used floood lights path lights | 500.00 | 500.00 | | 0.00 | FA |
| 11. Other Misc Personal Property  Lease re 2008 Chevy Malibu | 1.00 | 1.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

|  | Gross Value of Remaining Assets |  |
|---|---|---|
| TOTALS (Excluding Unknown Values) | $23,196.00 | $23,196.00 | $3,500.32 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Inherited case from M. Berland; Late filing penalties are being reviewed by IRS appeal board - Joji Takada 11/30/2014

Multiple telephone calls with IRS appeals board; Able to explain situation regarding lack of information from debtor caused delay in filing final tax returns on time; Tax officer understood and agreed to waive the late-filing penalties.

Follow up with Waller accountant re fee application in order to complete TFR - Joji Takada 3/7/2015

Received fee application from Waller accountant; Reviewing file and preparing TFR for filing. - Joji Takada 4/6/2015

TFR sent to UST for review. - Joji Takada 4/21/2015

TFR filed and approved; Distribution checks cut; Waiting for checks to clear. - Joji Takada 7/24/2015

TDR in process. - Joji Takada 12/22/2015


Initial Projected Date of Final Report (TFR): 02/24/2016     Current Projected Date of Final Report (TFR): 02/24/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 10-07359 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX1565 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX7817 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/10 | | HGP SERVICES INC<br>38 E Belmont Drive<br>Romeoville, IL 60446-1765 | per court order of 05/28/2010<br>DEPOSIT CHECK #1002 | | $3,500.00 | | $3,500.00 |
| | | | Gross Receipts                $3,500.00 | | | | |
| | 4 | | Vehicle                          $2,500.00 | 1129-000 | | | |
| | 7 | | Vehicle                          $1,000.00 | 1129-000 | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.08 | | $3,500.08 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.10 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.12 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.14 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.16 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.18 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.20 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.22 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.24 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.26 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.28 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.02 | | $3,500.30 |
| 08/01/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $6.71 | $3,493.59 |

| | | | Page Subtotals: | | $3,500.30 | $6.71 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX1565 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | $0.02 | | $3,493.61 |
| 08/24/11 | | Transfer to Acct # xxxxxx1566 | Transfer to different account | 9999-000 | | $3,493.61 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,500.32 | $3,500.32 |
| Less: Bank Transfers/CD's | $0.00 | $3,493.61 |
| Subtotal | $3,500.32 | $6.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.32 | $6.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.02 $3,493.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX1566 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/11 | | Transfer from Acct # xxxxxx1565 | Transfer to different account | 9999-000 | $3,493.61 | | $3,493.61 |
| 08/31/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,468.61 |
| 09/30/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,443.61 |
| 10/31/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,418.61 |
| 11/30/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,393.61 |
| 12/31/11 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,368.61 |
| 01/26/12 | | Transfer to Acct # xxxxxx3176 | Bank Funds Transfer | 9999-000 | | $3,368.61 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,493.61 | $3,493.61 |
| Less: Bank Transfers/CD's | $3,493.61 | $3,368.61 |
| Subtotal | $0.00 | $125.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $125.00 |

Page Subtotals: $3,493.61 $3,493.61

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-07359 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9744 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7817 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8348 | Transfer of Funds | 9999-000 | $3,148.61 | | $3,148.61 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,138.61 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,128.61 |
| 06/23/15 | 10001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $794.65 | $2,333.96 |
| 06/23/15 | 10002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $7.35 | $2,326.61 |
| 06/23/15 | 10003 | and Johnson Digiovane Hinlo Jordan 2560 Foxfield Road Suite 300 St Charles, IL 60174 Attn: Lee Schwendner | Final distribution per court order. | 3310-000 | | $841.25 | $1,485.36 |
| 06/23/15 | 10004 | Department Of Treasury-Internal Revenue Service Po Box 7346 Philadelphia, Pa 19114 | Final distribution per court order. | 5800-000 | | $1,485.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,148.61 | $3,148.61 |
| Less: Bank Transfers/CD's | $3,148.61 | $0.00 |
| Subtotal | $0.00 | $3,148.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,148.61 |

Page Subtotals:    $3,148.61    $3,148.61

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3176 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # xxxxxx1566 | Bank Funds Transfer | 9999-000 | $3,368.61 | | $3,368.61 |
| 02/06/13 | 1001 | ESTATE OF OUTDOOR LIGHTING | Transfer form former trustee Monies was transferred from former trustee | 9999-000 | | $3,368.61 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,368.61 | $3,368.61 |
| Less: Bank Transfers/CD's | $3,368.61 | $3,368.61 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $3,368.61 | $3,368.61 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX9777 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/13 | | WALLER, BRADLEY | Tranfer from former trustee | 9999-000 | $3,368.61 | | $3,368.61 |
| 03/08/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,358.61 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,348.61 |
| 05/09/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,338.61 |
| 06/04/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,328.61 |
| 07/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,318.61 |
| 08/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,308.61 |
| 09/11/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,298.61 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,288.61 |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,278.61 |
| 12/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,268.61 |
| 01/08/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,258.61 |
| 02/06/14 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,248.61 |
| | | | Page Subtotals: | | $3,368.61 | $120.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-07359 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Outdoor Lighting Perspective of Illinois, Inc. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX9777 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,238.61 |
| 04/07/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,228.61 |
| 05/08/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,218.61 |
| 06/04/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,208.61 |
| 07/03/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,198.61 |
| 08/05/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,188.61 |
| 08/05/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $15.25 | $3,173.36 |
| 09/04/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee | 2600-000 | | $10.00 | $3,163.36 |
| 09/11/14 | | Congressional Bank<br>6500 Rock Spring Drive  Suite 300<br>Bethesda, MD 20817 | Bank service fee ADJUSTMENT ONLY FOR $10.00 THIS M0NTH. ENTRY VOIDED | 2600-000 | | ($15.25) | $3,178.61 |
| 09/29/14 | 1001 | JOJI TAKADA TRUSTEE OF OUTDOOR LIGH | Transfer of al funds to successor<br>Joji Takda was appointed succor trustee after Michael Berland reisigned<br><br>trustee | 9999-000 | | $3,178.61 | $0.00 |
| | | | COLUMN TOTALS | | $3,368.61 | $3,368.61 | |
| | | | Page Subtotals: | | $0.00 | $3,248.61 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $9,968.61 | $3,178.61 |
| Subtotal | $0.00 | $190.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $190.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-07359 |
| Case Name: | Outdoor Lighting Perspective of Illinois, Inc. |
| Taxpayer ID No: | XX-XXX7817 |
| For Period Ending: | 02/12/2016 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8348 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/14 | | Estate of Outdoor Lighting Perspective of Illinois, Inc., 10 | Funds re Trustee Reassignment Bank balance from Michael Berland, former chapter 7 trustee | 9999-000 | $3,178.61 | | $3,178.61 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,168.61 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,158.61 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,148.61 |
| 01/26/15 | | Transfer to Acct # xxxxxx9744 | Transfer of Funds | 9999-000 | | $3,148.61 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,178.61 | $3,178.61 |
| Less: Bank Transfers/CD's | $3,178.61 | $3,148.61 |
| Subtotal | $0.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $30.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*            Page Subtotals:    $3,178.61    $3,178.61

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1565 - Money Market Account | $3,500.32 | $6.71 | $0.00 |
| XXXXXX1566 - Checking Account | $0.00 | $125.00 | $0.00 |
| XXXXXX3176 - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX8348 - Checking | $0.00 | $30.00 | $0.00 |
| XXXXXX9744 - Checking | $0.00 | $3,148.61 | $0.00 |
| XXXXXX9777 - Checking Account | $0.00 | $190.00 | $0.00 |
|  | $3,500.32 | $3,500.32 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $3,500.32 |
| Total Gross Receipts: | $3,500.32 |

Page Subtotals:　　$0.00　　$0.00